# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | | | |
|---|---|---|---|
| In re | **Randy W Dressman** | Case No. | **13-20578** |
| | Debtor(s) | Chapter | **13** |

## ORDER GRANTING MOTION FOR THE EXTENSION OF THE AUTOMATIC STAY

This action having come before the Court on the Motion of the Debtors for the Extension of the Automatic Stay through the pendency of their Chapter 13 action, and the Court being sufficiently advised:

It is hereby Ordered and Adjudged that the Automatic Stay in the above styled and numbered action shall expire in six (6) months unless the Chapter 13 plan is confirmed, in which case it shall remain in effect during the pendency of the Debtor's Chapter 13 action or pending further orders of this Court.

Pursuant to Local Rule 9022-1(c), Samantha J. Evans shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Copies to be Served on:
Beverly Burden
Creditors on the filed mailing matrix.

Tendered by:

/s/Samantha J. Evans
Samantha J. Evans
75 Cavalier Blvd. Ste 217
Florence KY 41042
Tel: 859-291-4357
Email:Samantha@samanthaevans.com
Attorney for Debtors

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Friday, April 12, 2013
(tnw)**